**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**CHRISTOPHER L. PORTER,**

**Petitioner,**

**v.** **Case No. 5:26-cv-84-AW-MJF**

**STATE OF FLORIDA,**

**Respondent.**

_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Christopher Porter filed a § 2254 petition. The magistrate judge recommends dismissal for lack of jurisdiction because the petition is an unauthorized "second or successive" petition. ECF No. 9. Porter has filed no objection to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on September 21, 2026.

s/ *Allen Winsor*
Chief United States District Judge